FILED

OCT 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | 1:26 CR 00466 |
| | ) | |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| MICHAEL J. RAMIREZ, | ) | Section 2250(b) |
| | ) | |
| Defendant. | ) | **JUDGE FLEMING** |

COUNT 1
(Failure to Register as a Sex Offender with International Travel, 18 U.S.C. § 2250(b))

The Grand Jury charges:

1. From on or about February 5, 2025, through on or about April 8, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, defendant MICHAEL J. RAMIREZ an individual required to register under the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. 16901 et seq., by reason of conviction, to wit: Attempted Unlawful Sexual Conduct with a Minor, on or about March 8, 2024, in case number CR-23-681200, in Cuyahoga County, Ohio Court of Common Pleas, did unlawfully and knowingly fail to provide information required by the SORNA relating to intended travel in foreign commerce, and did engage in the intended travel in foreign commerce, in violation of Title 18, United States Code, Section 2250(b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.